**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JUAN RAMON MARTINEZ LEONOR,** | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Civ. No. 26-07119** |
| | : | |
| **MARKWAYNE MULLIN, *et al.*,** | : | |
| **Respondents.** | : | |

**ORDER**

**AND NOW**, on this 22nd day of September, 2026, upon Petitioner having been released from custody (Doc. No. 4 at 2), his Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED as moot**.

**BY THE COURT:**

*/s/ Paul S. Diamond*

**PAUL S. DIAMOND, J.**